UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-CR-153-BR

| | |
|---|---|
| SHAWN LARON DAVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

In this criminal case, petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (DE # 47.) In accordance with this district's practice, the Clerk is DIRECTED to file the petition as an independent action.

This 17 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge